(A.R.D. 158)

UNITED STATES *v.* W. J. BYRNES & COMPANY

Entry No. 6520, etc.

First Division, Appellate Term

(Decided June 18, 1963)

*John W. Douglas*, Assistant Attorney General, for the appellant.
*Stein & Shostak* for the appellee.

Before OLIVER and WILSON, Judges

OLIVER, Chief Judge: Appellant has formally withdrawn its application for review of the decision in *W. J. Byrnes & Company* v. *United States*, 50 Cust. Ct. 406, Reap. Dec. 10451, which determined the statutory export value of certain fishhooks, exported from England and entered at Seattle. Accordingly, the application for review is dismissed.

Judgment will be rendered accordingly.